IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIHEE LUCIA CHOE, <br><br> Plaintiff, <br><br> v. <br><br> VILLAGE OF MOUNT PROSPECT; QUINTEN JEDD, and ANTHONY ADDANTE, <br><br> Defendants. | Case No. 1:23-cv-01704 <br><br> Hon. Sara Ellis |

### MOTION BY MATTHEW M. WAWRZYN TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Matthew Michael Wawrzyn moves the court for leave to withdraw as attorney for Mihee Lucia Choe, plaintiff. Wawrzyn submits the following as good cause to support the court's order granting Wawrzyn leave to withdraw:

1. Wawrzyn is counsel of record for plaintiff in this matter.

2. Rule 1.16 of the Illinois Rules of Professional Conduct of 2010 provide in part as follows: "a lawyer may withdraw from representing a client if . . . withdrawal can be accomplished without material adverse effect on the interests of the client . . . [or] the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement . . . ." Rule 1.16(b)(1) & (4).

3. The complaint has been filed, and Wawrzyn has advised plaintiff on next steps in the litigation. Plaintiff and Wawrzyn fundamentally disagree regarding what those next steps should be.

4. Plaintiff has elected to discharge Wawrzyn and represent herself pro se.

5. Attached hereto as "Exhibit A" is the form Notification of Party Contact Information.

6. Wawrzyn will serve this motion on defendants and plaintiff.

## Conclusion

Wawrzyn respectfully requests an order granting Matthew Michael Wawrzyn leave to withdraw as counsel for Mihee Lucia Choe.

Date: June 15, 2023                        Respectfully Submitted,

/s/ Matthew M. Wawrzyn
Matthew M. Wawrzyn (ARDC#6276135)
matt@wawrzynllc.com
WAWRZYN LLC
200 East Randolph Street, Suite 5100
Chicago, IL 60601
(312) 235-3120 (telephone)
(312) 233-0063 (facsimile)

**Certificate of Service**

    I, Matthew Michael Wawrzyn, an attorney, certify that on June 15, 2023, I served the above **Motion** on counsel for defendants, as well as plaintiff.

Date: June 15, 2023                                                                            _____sMatt Wawrzyn_____
                                                                                                          Matthew Michael Wawrzyn