UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MIHEE LUCIA CHOE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**VILLAGE OF MOUNT PROSPECT,** )<br>*et al.* )<br>)<br>**Defendants.** ) | 2023-CV-1704<br><br>Judge Sara Ellis<br><br>Mag. Judge Beth W. Jantz |

**JOINT STATUS REPORT**

NOW COME the Defendants, VILLAGE OF MOUNT PROSPECT, *et al.* ("Defendants"), by and through their attorney, Michael R. Hartigan of Hartigan & O'Connor, P.C., and pursuant to Docket Entry 10, states the following:

1. This cause of action was filed March 20, 2023.

2. The undersigned filed his appearance on May 16, 2023. (D.E. 9).

3. On May 18, 2023, this Court granted Defendants Motion for Additional Time to Answer or Otherwise Plead and gave them until June 16, 2023 to do so. (D.E. 10).

4. On June 15, 2023, Plaintiff's counsel filed his motion to withdraw as counsel for Plaintiff, MIHEE CHOE. (D.E.11). That motion was noticed for presentment on **July 6, 2023 at 1:45PM.** (D.E. 12).

5. On June 16, 2023, in light of the pending motion to withdraw as counsel, the undersigned filed a second motion for an extension of time to answer or otherwise plead. (D.E. 13).

6. On June 19-20, 2023, Plaintiff, MIHEE CHOE, reportedly committed suicide. (See City of Chicago Police Department RD #JG312923).

Respectfully Submitted,

/s/Michael R. Hartigan
Michael R. Hartigan, one of the attorneys for the Defendants, Village of Mount Prospect, *et al.*
HARTIGAN & O'CONNOR P.C.
53 West Jackson Blvd., Suite 460
Chicago, IL 60604
Tel. 312/235-8880
Fax 312/235-8884


*/s/Matthew Wawrzyn*
Matthew M. Wawrzyn (ARDC#6276135)
matt@wawrzynllc.com
WAWRZYN LLC
200 East Randolph Street, Suite 5100
Chicago, IL 60601
(312) 235-3120 (telephone)